# United States District Court
## *Southern District of Georgia*

ELAINE KERN

_____  Case No. _____4:21-cv-223_____
Plaintiff

v.  KIMBERLY PERRY, as Special Representative of the Estate of DZAVAD KRSO, Deceased

Appearing on behalf of

Defendants
_____
Defendant                      (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __22nd__ day of __September__, __2021__.

*[signature: Christopher L. Ray]*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Adam J. Wittenstein |
| Business Address: | Weinberg Wheeler Hudgins Gunn & Dial, LLC |
| | Firm/Business Name |
| | 3344 Peachtree Rd. NE |
| | Street Address |
| | Suite 2400 | Atlanta | GA | 30326 |
| | Street Address (con't) | City | State | Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 | City | State | Zip |
| | 404-876-2700 | | 129126 |
| | Telephone Number (w/ area code) | | Georgia Bar Number |
| Email Address: | awittenstein@wwhgd.com |