IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ELAINE KERN,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMBERLY PERRY, as Special Representative of the Estate of DZAVAD KRSO, Deceased; JOHN DOE, as Administrator/Executor of the Estate of DZAVAD KRSO, Deceased; DZAVAD KRSO; BLUESTAR SERVICES, LLC; BEGOVIC CORPORATION; and STARR INDEMNITY & LIABILITY COMPANY,<br><br>    Defendants. | CIVIL ACTION NO.: 4:21-cv-223 |

**O R D E R**

Before the Court is a "Stipulation of Dismissal of Fewer Than All Defendants," which has been filed by "Plaintiff Elaine Kern and Defendants Bluestar Services, LLC, Begovic Corporation, and Starr Indemnity & Liability Company, by and through their respective . . . counsel of record." (Doc. 20, p. 1.)  Therein, the filing parties state that they stipulate to the dismissal, without prejudice, of Defendants Kimberly Perry, as Special Representative of the Estate of Dzavad Krso, Deceased (hereinafter "Perry"); John Doe, as Administrator/Executor of the Estate of Dzavad Krso, Deceased; and Dzavad Krso (hereinafter "Krso").[1]  (Id.)  While Perry and Krso (through the same attorneys who are representing the stipulating Defendants) joined in an "Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint," (doc. 6), neither

---

[1] The stipulation states that the dismissal without prejudice of the specified Defendants does not act as a dismissal of any claims against any of the stipulating Defendants "based upon their alleged vicarious liability for the acts and/or omissions of Dzavad Krso." (Doc. 20, pp. 1–2.)

they nor any party purporting to fit the description of "Administrator/Executor of the Estate of Dzavad Krso" has filed an answer or a motion for summary judgment, and no cross-claims have been asserted against them.  Pursuant to Federal Rule of Civil Procedure 41(a), the Court **DISMISSES** Defendants Kimberly Perry, as Special Representative of the Estate of Dzavad Krso, Deceased; John Doe, as Administrator/Executor of the Estate of Dzavad Krso, Deceased; and Dzavad Krso **WITHOUT PREJUDICE**.  (Doc. 20.)  The Court **DIRECTS** the Clerk of Court to **TERMINATE** the specified Defendants from this case and to **UPDATE** the docket accordingly.

    **SO ORDERED**, this 12th day of October, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA